```
FILED
CLERK, U.S. DISTRICT COURT

July 2, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY
```

1 STEPHANIE YONEKURA
  Acting United States Attorney
2 LEON W. WEIDMAN
3 Assistant United States Attorney
  Chief, Civil Division
4 JOANNE OSINOFF (Cal. Bar No. 141489)
5 Assistant United States Attorney
        Room 7516, Federal Building
6       300 North Los Angeles Street
7       Los Angeles, California 90012
        Telephone: (213) 894-6880
8       Facsimile: (213) 894-7819
9       Email: joanne.osinoff@usdoj.gov
10 Attorneys for Defendant
   United States of America

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA BROWN,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES, ET AL.,<br><br>Defendants. | CASE NO. CV 14-9962 SVW (Ex)<br>Consolidated with Case No. CV 15-01054 SVW (Ex)<br><br>[PROPOSED]<br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation for Dismissal filed by the parties, IT IS HEREBY ORDERED that:

1. The above-captioned consolidated actions, CV 14-9962 SVW (Ex) and CV 15-01054 SVW (Ex), are dismissed in their entirety with prejudice; and

2. Each party shall bear hers, his or its own costs, attorneys' fees and expenses.

DATED: July 2, 2015

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Presented by:
STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

     */s/ Joanne S. Osinoff*
JOANNE S. OSINOFF
Assistant United States Attorney
Attorneys for Defendant
United States of America